## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chetty Sevugan, et al. v. Direct Energy Services, LLC

Case Number: 17 CV 6569

An appearance is hereby filed by the undersigned as attorney for:

Chetty Sevugan, individually and on behalf of all others similarly situated, Plaintiff

Attorney name (type or print): Daniel R. Karon

Firm: Karon LLC

Street address: 700 W. St. Clair Avenue, Suite 200

City/State/Zip: Cleveland, Ohio 44113

Bar ID Number: 6207193
(See item 3 in instructions)

Telephone Number: 216-622-1851

Email Address: dkaron@karonllc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 5, 2017

Attorney signature: S/ Daniel R. Karon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015